# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN CALVIN ABRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-2722

[April 4, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2021-CF-005545-AXXX-MB.

Antony P. Ryan, Regional Counsel, and Danielle Forte, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, Fort Lauderdale, for appellant

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***